USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/19/2023

# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

## MEMO ENDORSED

April 19, 2023

Chambers of the Hon. Valerie Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *U.S. v. Vincent Schifano, et. al.*, 18-cr-00262-VEC

Your Honor:

The defense moves this Court for permission to seal the medical records attached as Exhibit A of Mr. Schifano's Second Motion for Reduction of Sentence on the public docket.

Counsel has spoken with counsel for the government, AUSA Jason Richman, who advised that the government has no objection to filing Exhibit A containing Mr. Schifano's medical records under seal and to counsel excluding the contents of Exhibit A in the publicly filed version.

Sincerely yours,

s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr., Esq.
Atty. for Vincent Schifano

cc: AUSA Jason Richman

Application GRANTED. The Clerk of Court is respectfully directed to terminate the open motions at docket entries 187 and 189.

SO ORDERED.

*Valerie Caproni*   04/19/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE