

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 11, 2023

**Via ECF and Electronic Mail**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007
Email: CaproniNYSDChambers@nysd.uscourts.gov

Re:   *United States v. Vincent Schifano*, 18 Cr. 262 (VEC)

Dear Judge Caproni:

On April 19, 2023, the defendant, Vincent Schifano, filed a second motion for compassionate release pursuant to Title 18, United States Code, Section 3582(c).  (Dkt. 188). Since then, defense counsel has provided the Government with documentation evidencing that the defendant's cancer has worsened and that his doctors have this week diagnosed his cancer as likely terminal and recommending placement in hospice care.[1]

The Government does not object to the defendant's motion for compassionate release.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ Jason A. Richman
Kaylan E. Lasky
Kyle W. Wirshba
Jason A. Richman
Assistant United States Attorneys
(212) 637-2493

cc: defense counsel (by ECF and electronic mail)

---

[1] Pursuant to the Court's prior order, Dkt. 192, the Government is submitting as Exhibit A a copy of the defendant's disciplinary records.  In addition, the Government is submitting as Exhibit B, under seal consistent with the Court's prior order, Dkt. 191, additional medical records received from the defense that defense counsel has asked the Government to provide to the Court.